■ JUAN J. BAEZ-FERREIRA, Respondent, v LUIS A. MARTE, Appellant, et al., Defendants. [926 NYS2d 291]

The appeal is dismissed because no appeal lies from an order granted on default (*see Figiel v Met Food*, 48 AD3d 330 [2008];

CPLR 5511). Defendant's remedy was an application to the motion court to vacate the order (*see Figiel* at 330; CPLR 5015 [a] [1]).

However, were we to reach the merits we would affirm. Concur—Mazzarelli, J.P., Catterson, DeGrasse, Abdus-Salaam and Román, JJ.